IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

'14 AUG 19 AM 10: 15

OFFICE OF THE CLERK

PRO SE CIVIL COMPLAINT

Case No. **8:14CV246**
(the court will assign a number)

### I. CASE CAPTION: Parties to this Civil Action:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption. The court will **not** consider a claim against any defendant who is not listed in the caption.

A. Plaintiff(s) Name(s):     Address(es):     Telephone No. (only if you are NOT a prisoner)

JENNIFER LYNN CARTWRIGHT    2210 HWY 385, SIDNEY NE   308-249-0566
    915-248-7298

B. Defendant(s) Name(s):     Address(es) If known:

STATE OF NEBRASKA, CITY OF SIDNEY, CHEYENNE COUNTY
Lori Bartling, 1000 10th Ave Sidney NE 69162
Jordan Ball 1025 10th Ave Sidney NE 69162
Wendall Gaston    Sidney NE 69162
Sidney Police - Joni M. 1715 Illinois, Sidney NE 69162
Judge Roland 1000 10th Ave Sidney NE 69162
Cheyenne County Attny Office 920 Jackson, Sidney NE 69162

(Attach extra sheets if necessary.)
Attorney Representing City of Sidney, Unknown

Page 1 of 6



RECEIVED
AUG 1 9 2014
CLERK
U.S. DISTRICT COURT
OMAHA

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

A.  **When** did the events occur?

REFER TO NEOC (NEBRASKA EQUAL OPPORTUNITY COMMISSION) CASE FILE

B.  **What** happened?

REFER TO NEOC CASE FILE

City of Sidney found Guilty on 2 Counts of discrimination one based on sex and the other based on disability

II. STATEMENT OF CLAIM(S) (continued)

REFER TO NEOC CASE FILE

## III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

_____ United States or a federal official or agency is a party

__X__ Claim arises under the Constitution, laws or treaties of the United States

__X__ Violation of civil rights

_____ Employment discrimination

_____ Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

_____ Other basis for jurisdiction in federal court (explain below)

## IV. STATEMENT OF VENUE

State briefly the connection between this case and Nebraska. For example, does a party reside or do business in Nebraska? Is a party incorporated in Nebraska? Did an injury occur in Nebraska? Did the claim arise in Nebraska?

THE CLAIM ARISED IN NEBRASKA, THE PERSONAL INJURY OCCURED IN NEBRASKA, ALL PARTIES RESIDG IN NEBRASKA, THE STATE OF NEBRASKA IS INCORPORATED IN NEBRASKA, THE PLANTIFF RESIDES IN NEBRASKA.

V.   RELIEF

State briefly what you want the court to do for you.

I would like a FEDERAL JURY TO DECIDE A MONEY DAMAGE AWARD AMOUNT & FOR THE CHEYENNE COUNTY GOVERNMENT AGENCIES INVOLVED TO UNDER GO TRAINING AND LEARN HOW TO RESPECT ITS CITIZENS WITH DISABILITIES I would be willing to settle this matter for $2,700,000.00

VI.   EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

A.   Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

Yes  X            No

B.   If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

Started Aug of 2011 & has progressed to my family moving out of State PLANTIFF HAS GONE THROUGH EXHAUSTING MEASURES STARTING WITH HUD, THE ADA, AND THE NEOC. ENDING WITH THE NEOC FINDING THE STATE OF NEBRASKA (CITY OF SIDNEY) GUILTY ON 2 COUNTS OF DISCRIMINATION AGAINST PLANTIFF.

C.   If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

_____

_____

_____

VII.   ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE?  (check one):

JURY __X__        JUDGE _____

VIII.  VERIFICATION

I (we) declare under penalty of perjury that the foregoing is true and correct.

Date(s) Executed:  Aug 15, 2014

Signature(s) of Plaintiff(s): *Jennifer Lynn Cartwright*

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE FILING OF YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO PROCEED IN FORMA PAUPERIS.   Also, if there is more than one plaintiff in the case who wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to proceed in forma pauperis.**

