IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JENNIFER LYNN CARTWRIGHT,** | ) | **CASE NO. 8:14CV246** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **STATE OF NEBRASKA, CITY OF SIDNEY, CHEYENNE COUNTY, LORI BARTLING, JORDAN BALL, WENDALL GASTON, SIDNEY POLICE-JONI M, JUDGE ROLAND, CHEYENNE COUNTY ATTORNEY OFFICE, and ATTORNEY REPRESENTING CITY OF SIDNEY, UNKNOWN,** | ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 3). Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis. Accordingly,

IT ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 19th day of August, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge