# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIFER LYNN CARTWRIGHT,<br><br>          Plaintiff,<br><br>vs.<br><br>JORDAN BALL, Former City Prosecutor, CITY OF SIDNEY, NEBRASKA, JONY MATHEWS, Code Enforcer; and GARY PEARSON, City Manager;<br><br>          Defendants. | 8:14CV246<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on the Plaintiff's Objections (Filing No. 47) to Magistrate Judge Gossett's Order (Filing No. 44). By separate motion (Filing No. 50) the Plaintiff also seeks a *de novo* review of the Magistrate Judge's Order and asks that discovery be stayed pending such review.

Pursuant to 28 U.S.C. § 636(b)(1)(A), this Court has reviewed Magistrate Judge Gossett's Order (Filing No. 44) and concludes that no part of the Order was clearly erroneous or contrary to law. Accordingly,

IT IS ORDERED:

1. Plaintiff's Objections to Magistrate Judge's October 13, 2015, Order (Filing No. 47) are overruled; and

2. Plaintiff's Request for de novo Ruling and Motion to Stay (Filing No. 50) are denied.

Dated this 2nd day of December, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge