# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JENNIFER LYNN CARTWRIGHT, | ) | |
| | ) | 8:14CV246 |
| Plaintiff, | ) | |
| | ) | Order |
| v. | ) | |
| | ) | |
| CITY OF SIDNEY, NEBRASKA, | ) | |
| JORDAN BALL, JONY MATHEWS, | ) | |
| and GARY PEARSON, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion to Enlarge Time to File Response ([Filing No. 88](#)) to Defendant's Motion for Summary Judgment ([Filing No. 84](#)) filed on February 26, 2016. Plaintiff's response was due on March 18, 2016. **See** NECivR. 7.1(b)(1)(B). Although Plaintiff's motion was dated March 18, 2016, it was filed out of time on March 21, 2016. Plaintiff states she was unable to file a timely response due to an unexpected medical emergency which required her hospitalization. Defendants' objections ([Filing No. 89](#)) to Plaintiff's request for an extension of time are well-taken. However, because Plaintiff is proceeding pro se and has shown good cause for her failure to timely file the instant motion, the court will grant her motion to enlarge time.

**IT IS ORDERED:**

1. Plaintiff's Motion ([Filing No. 88](#)) is granted. Plaintiff shall have until March 29, 2016, to file a response to Defendants' Motion for Summary Judgment ([Filing No. 84](#)).

2. Defendants shall have until April 5, 2016, to file a reply.

**DATED: March 18, 2016.**

                **BY THE COURT:**

                **S/ F.A. Gossett**
                **United States Magistrate Judge**